Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY PIFER and PAMELA PIFER, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., SPECIALIZED LOAN SERVICING LLC, NEW PENN FINANCIAL, LLC dba SHELLPOINT MORTGAGE SERVICING, and THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-8, a national association,<br><br>Defendants. | Case No. 18-cv-00606-RSL<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1, Defendant The Bank of New York Mellon as Trustee for the Certifcateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-8, makes the following disclosure: The Bank of New York Mellon f/k/a the Bank of New York is a subsidiary of the Bank of New York Mellon Corporation, a Delaware corporation that owns 10% or more of Bank of New York Mellon stock. The Bank of New York Mellon Corporation is a publicly held corporation whose stock is traded on the New York Stock Exchange under the symbol BK. The Bank

CORPORATE DISCLOSURE STATEMENT:
CASE NO. 18-CV-00606-RSL - PAGE 1

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

#57665124_v2

of New York Mellon Corporation has no corporate parent, and no publicly held corporations own 10% or more of its stock.

Pursuant to Rule 7.1, Defendant New Penn Financial, LLC dba Shellpoint Mortgage Servicing, makes the following disclosure:  New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing is a limited liability company which is 100% owned by Shellpoint Partners LLC. Shellpoint Partners LLC is not a publicly held corporation.

Dated: May 18, 2018.

HOLLAND & KNIGHT LLP

By:   *s/ David J. Elkanich*
David J. Elkanich, WSBA No. 35956
E-mail: serve.dje@hklaw.com
Nellie Q. Barnard, WSBA No. 50587
E-mail:  nellie.barnard@hklaw.com
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300
Fax:  503.241.8014

*Attorneys for New Penn Financial, LLC dba Shellpoint Mortgage Servicing and The Bank of New York as Trustee for the Certifcateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-8*

CORPORATE DISCLOSURE STATEMENT:
CASE NO. 18-CV-00606-RSL - PAGE 2

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

#57665124_v2

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing **CORPORATE DISCLOSURE STATEMENT** to be served on the following person[s]:

| | |
|---|---|
| Vicente Omar Barraza<br>Email: omar@barrazalaw.com<br>Barraza Law PLLC<br>14245-F Ambaum Blvd SW<br>Burien, WA 98166<br>Tel: 206-933-7861<br><br>*Attorney for Plaintiffs* | Steven Joseph Dixson<br>Email: sjd@witherspoonkelley.com<br>Michael J. Kapaun<br>Email: mjk@witherspoonkelley.com<br>Witherspoon Kelley<br>422 W. Riverside Ave., STE 1100<br>Spokane, WA 99201<br>Tel: 509-624-5265<br><br>*Attorneys for Defendant Bank of America, N.A.* |

by causing the document to be delivered by the following indicated method or methods:

☒ by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐ by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐ by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐ by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED May 18, 2018.

                                              *s/ David J. Elkanich*
                                              David J. Elkanich

CERTIFICATE OF SERVICE – PAGE 1

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

#57665124_v2