Honorable Robert S. Lasnik

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LARRY PIFER and PAMELA PIFER, Husband and Wife, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., SPECIALIZED LOAN SERVICING LLC, NEW PENN FINANCIAL, LLC dba SHELLPOINT MORTGAGE SERVICING, and THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-8, a national association, <br><br> Defendants. | Case No. 2:18-cv-00606-RSL <br><br> [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT |

This matter to extend the time for Defendants Specialized Loan Servicing LLC, New Penn Financial, LLC dba Shellpoint Mortgage Servicing, and the Bank of New York as Trustee for the Certifcateholders of the CWABS Inc., Asset-Backed Certificates Series 2007-8 (collectively "Defendants"), to respond to Plaintiffs' Amended Complaint came before the Court by stipulation between the parties, and the Court having considered the Stipulation, its files and records herein, and being fully advised,

[~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT: CASE NO. 18-CV-00606-RSL - PAGE 1

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

#57706325_v1

**IT IS HEREBY ORDERED** that the time for Defendants Specialized Loan Servicing LLC, New Penn Financial, LLC dba Shellpoint Mortgage Servicing, and the Bank of New York as Trustee for the Certifcateholders of the CWABS Inc., Asset-Backed Certificates Series 2007-8 to answer, move, or otherwise respond to the Amended Complaint in this action is extended to and includes June 28, 2018.

Dated this 21st day of May, 2018.

_____
HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

*s/ David J. Elkanich*
David J. Elkanich, WSBA No. 35956
E-mail: serve.dje@hklaw.com
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

*Attorneys for Specialized Loan Servicing LLC,*
*New Penn Financial, LLC dba Shellpoint Mortgage Servicing,*
*and the Bank of New York as Trustee for the*
*Certifcateholders of the CWABS Inc.,*
*Asset-Backed Certificates Series 2007-8*

[PROPOSED] ORDER TO EXTEND TIME TO
RESPOND TO PLAINTIFFS' AMENDED
COMPLAINT: CASE NO. 18-CV-00606-RSL -
PAGE 2

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

#57706325_v1