Michael J. Kapaun, WSBA # 36864
Steven J. Dixson, WSBA # 38101
WITHERSPOON · KELLEY
422 West Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Telephone:  (509) 624-5265
Facsimile:   (509) 458-2728
mjk@witherspoonkelley.com
*Attorneys for Defendant Bank of America, N.A.,
a national association*

*Honorable Robert S. Lasnik*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LARRY PIFER and PAMELA PIFER, Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA N.A., a national association, SPECIALIZED LOAN SERVICING LLC, a foreign corporation, SHELLPOINT, LLC a foreign corporation, and THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-8, a national association,<br><br>Defendants. | No. 2:18-cv-00606-RSL<br><br>**DEFENDANT BANK OF AMERICA, N.A.'S REPLY TO PLAINTIFFS' RESPONSE AND OBJECTION TO MOTION TO DISMISS** |

The gravamen of Plaintiffs' Complaint is that Bank of America, N.A. ("BANA") offered them a loan modification in 2011, Plaintiffs' performed briefly, but then – despite receiving no affirmative indication whatsoever that the loan modification was not implemented – Plaintiffs decided on their own accord to default on the modified loan once again.  Plaintiffs inexplicably attempt to pass the blame for their own conscious decision to default on others without cause.

Plaintiffs then complain that, two years later, BANA again offered them an opportunity to avoid foreclosure through a trial modification offer.  However, Plaintiffs balked at the offer because its terms did not vibe with the prior loan modification – the one they admittedly

DEFENDANT BANK OF AMERICA, N.A.'S REPLY
TO PLAINTIFFS' RESPONSE AND OBJECTION TO
MOTION TO DISMISS - 1

**WK** WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.**624.5265**
Spokane, Washington 99201-0300   Fax: 509.**458.2728**

breached. Again, Plaintiffs made the conscious decision to not perform and instead chose to remain in default.

Through this action, Plaintiffs attempt to justify their obvious mistake in judgment by contending that they were confused by the correspondence they received from BANA. The Court should see through Plaintiffs' convenient narrative. The fact remains that Plaintiffs were offered a modification in 2011, but chose to default. FAC ¶¶11-12; Ex. D. Plaintiffs were offered a trial modification on March 4, 2013, but chose not to perform. FAC ¶¶15 & 17; Ex. H. A letter sent two years prior - advising Plaintiffs that the program they were reviewed under *at that time* did not allow for more than one modification - is immaterial. FAC ¶14; Ex. G. Plaintiffs chose to ignore the real possibility that the subsequent trial modification offer came under a different loan program. Moreover, a subsequent letter received *after* the trial modification offer – advising merely that they were denied in September 2012 – also fails to justify Plaintiffs' actions or their now self-serving narrative of alleged deceit. FAC ¶16; Ex. I.

The unvarnished truth is that Plaintiffs exclusively caused all of the harm they claim to have suffered in this action and, as a result, have failed to state a single claim against BANA. For the reasons set forth in BANA's motion to dismiss, BANA respectfully requests that the Court grant this motion and dismiss BANA from this action with prejudice.

DATED this 15th day of June, 2018.

        WITHERSPOON • KELLEY

        *s/Michael J. Kapaun*
        Michael J. Kapaun, WSBA # 36864
        Steven J. Dixson, WSBA # 38101
        mjk@witherspoonkelley.com
        sjd@witherspoonkelley.com
        422 W. Riverside Ave., Suite 1100
        Spokane, WA 99201-0300
        Phone: 509-624-5265
        Fax: 509-458-2728

        *Attorneys for Defendant Bank of America, N.A., a national association*

DEFENDANT BANK OF AMERICA, N.A.'S REPLY TO PLAINTIFFS' RESPONSE AND OBJECTION TO MOTION TO DISMISS - 2



WITHERSPOON • KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.**624.5265**
Spokane, Washington 99201-0300   Fax: 509.**458.2728**

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2018, I caused to be electronically filed the foregoing DEFENDANT BANK OF AMERICA, N.A.'S REPLY TO PLAINTIFFS' RESPONSE AND OBJECTION TO MOTION TO DISMISS with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Vicente Omar Barraza
BARRAZA LAW PLLC
14245-F AMBAUM BLVD SW
BURIEN, WA 98166
206-933-7861
Fax: 206-933-7863
Email: omar@barrazalaw.com
*Attorney for Plaintiffs*

David J. Elkanich
Nellie Q. Barnard
HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
503-243-2300
Fax: 503-241-8014
Email: Serve.dje@hklaw.com
        Nellie.barnard@hklaw.com
*Attorneys for Defendants Specialized Loan Servicing, New Penn Financial dba Shellpoint Mortgage Servicing, and Bank of New York Mellon*

2. I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants at the address listed below: **None.**

4. I hereby certify that I have hand-delivered the document to the following participants at the addresses listed below: **None**.

*s/Michael J. Kapaun*
Michael J. Kapaun, WSBA # 36864
WITHERSPOON • KELLEY
422 W. Riverside Ave., Suite 1100
Spokane, WA 99201-0300
Phone: 509-624-5265
mjk@witherspoonkelley.com

