UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY PIFER, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, *et al.*, <br><br> Defendants. | NO. C18-606RSL <br><br> ORDER TO SHOW CAUSE |

On May 9, 2018, the Court issued an order requiring the parties to file a Joint Status Report by June 6, 2018. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Tuesday, June 26, 2018, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of May 9, 2018. The Clerk is directed to place this Order to Show Cause on the Court's calendar for June 29, 2018.

DATED this 19th day of June, 2018.

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE-1