Vicente Omar Barraza, WSBA 43589
Barraza Law PLLC
14245F Ambaum Blvd SW
Burien, WA 98166
Telephone: (206) 933-7861
Facsimile: (206) 933-7863
omar@barrazalaw.com

*Attorneys for Plaintiffs Larry Pifer and Pamela Pifer*

**Hon. Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LARRY PIFER and PAMELA PIFER, Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national association, SPECIALIZED LOAN SERVICING LLC, a foreign corporation, NEW PENN FINANCIAL, LLC dba SHELLPOINT MORTGAGE SERVICING, a foreign corporation, and THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-8, a national association.<br><br>Defendants. | CASE: 18-cv-606-RSL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE OF THE INITIAL SCHEDULING DATES<br><br>*EX PARTE*<br><br>WITHOUT ORAL ARGUMENT |

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF THE INITIAL SCHEDULING DATES**

### I. INTRODUCTION

Plaintiffs LARRY PIFER and PAMELA PIFER ("Plaintiff") and Defendants Bank of America, N.A., Specialized Loan Servicing LLC, New Penn Financial, LLC dba Shellpoint Mortgage Servicing, and the Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates Series 2007-8, hereby respectfully submit this Stipulation

STIPULATION AND [~~PROPOSED~~] ORDER FOR
CONTINUANCE OF THE INITIAL SCHEDULING
DATES - 1
NO. 2:18-cv-00606-RSL

**BARRAZA LAW PLLC**
14245-F AMBAUM BLVD SW
SEATTLE WA 98166
Tel. 206-933-7861/Fax 206-933-7863

and Proposed Order for Continuance of the Initial Scheduling Dates for the good cause stated herein.

## II. BACKGROUND

Plaintiff filed suit against Defendants in the United States District Court for the Western District of Washington on or about April 25, 2018. Dkt. No. 1. Plaintiff filed an amened Complaint on April 27, 2018. Dkt. No. 3 and Dkt. No. 21. The Complaint relates to allegations surrounding the foreclosure and servicing of Plaintiff's mortgage loan on real property located in Snohomish County, Washington.

Plaintiffs and Defendants New Penn Financial, LLC dba Shellpoint Mortgage Servicing ("Shellpoint"), Bank of New York ("BONY"), and Specialized Loan Servicing, LLC ("SLS") stipulated to a June 28, 2018 deadline to Answer the Amended Complaint.

Defendant Bank of America filed a Motion to Dismiss on May 22, 2018. Dkt. No. 20.

This is the first requested continuance of the initial scheduling dates.

The undersigned parties seek an Order for Continuance of the Initial Scheduling Dates because of the pending Motion to Dismiss filed by defendant Bank of America and the Stipulation authorizing Shellpoint, BONY, and SLS to answer the Amended Complaint by June 28, 2018.

## III. STIPULATION

It is proposed that the current initial scheduling deadlines be extended sixty (60) days as detailed below:

| Action | Current Deadline | New Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference: | May 23, 2018 | ~~On or around~~ July 23, 2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | May 30, 2018 | July 30, 2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f): | June 6, 2018 | August 6, 2018 |

STIPULATION AND ~~[PROPOSED]~~ ORDER FOR
CONTINUANCE OF THE INITIAL SCHEDULING
DATES - 2
NO. 2:18-cv-00606-RSL

BARRAZA LAW PLLC
14245-F AMBAUM BLVD SW
SEATTLE WA 98166
Tel. 206-933-7861/Fax 206-933-7863

DATED: June 19, 2018

| HOLLAND & KNIGHT LLP | BARRAZA LAW, PLLC |
|---|---|
| /s/ *David S. Elkanich* per email authorization<br>David J. Elkanich, Esq., WSBA No. 35956<br>Nellie Q. Barnard, Esq., WSBA No. 50587<br>*Of Attorneys for Attorneys for*<br>*Specialized Loan Servicing LLC, New*<br>*Penn Financial, LLC dba Shellpoint*<br>*Mortgage Servicing, and The Bank of*<br>*New York as Trustee for the*<br>*Certifcateholders of the CWABS, Inc.,*<br>*Asset-Backed Certificates, Series 2007-8* | /s/ *Vicente Omar Barraza*<br>Vicente Omar Barraza, Esq., WSBA # 43589<br>*Attorneys for Plaintiff* |

WITHERSPOON · KELLEY

/s/ *Michael J. Kapaun* per email authorization
Michael J. Kapaun, Esq., WSBA # 36864
Steven J. Dixson, Esq., WSBA 38101
*Attorneys for Defendant Bank of America, N.A.*

It is so ordered.

DATED: June 20, 2018

_____
HONORABLE ROBERT S. LASNIK
United States District Court Judge for the
Western District of Washington

STIPULATION AND [PROPOSED] ORDER FOR
CONTINUANCE OF THE INITIAL SCHEDULING
DATES - 3
NO. 2:18-cv-00606-RSL