Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY PIFER and PAMELA PIFER, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., SPECIALIZED LOAN SERVICING LLC, NEW PENN FINANCIAL, LLC dba SHELLPOINT MORTGAGE SERVICING, and THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-8, a national association,<br><br>Defendants. | Case No. 2:18-cv-00606-RSL<br><br>**ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** |

This matter to extend the time for Defendants Specialized Loan Servicing LLC, New Penn Financial, LLC dba Shellpoint Mortgage Servicing, and the Bank of New York as Trustee for the Certifcateholders of the CWABS Inc., Asset-Backed Certificates Series 2007-8 (collectively "Defendants"), to respond to Plaintiffs' Amended Complaint came before the Court by an unopposed motion filed by Defendants [Dkt. No. 48], and the Court having considered the Motion, its files and records herein, and being fully advised,

ORDER TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' AMENDED COMPLAINT:
CASE NO. 18-CV-00606-RSL - PAGE 1

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

#57706325_v1

**IT IS HEREBY ORDERED** that the time for Defendants Specialized Loan Servicing LLC, New Penn Financial, LLC dba Shellpoint Mortgage Servicing, and the Bank of New York as Trustee for the Certifcateholders of the CWABS Inc., Asset-Backed Certificates Series 2007-8 to answer, move, or otherwise respond to the Amended Complaint in this action is extended to and includes April 12, 2019.

Dated this 19th day of April, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

PRESENTED BY:

*s/ Nellie Q. Barnard*
David J. Elkanich, WSBA No. 35956
E-mail: serve.dje@hklaw.com
Nellie Q. Barnard, WSBA No. 50587
E-mail: nellie.barnard@hklaw.com
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

*Attorneys for Specialized Loan Servicing LLC,*
*New Penn Financial, LLC dba Shellpoint Mortgage Servicing,*
*and the Bank of New York as Trustee for the*
*Certifcateholders of the CWABS Inc.,*
*Asset-Backed Certificates Series 2007-8*

ORDER TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' AMENDED COMPLAINT:
CASE NO. 18-CV-00606-RSL - PAGE 2

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

#57706325_v1

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing **[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** to be served on the following person[s]:

Vicente Omar Barraza
Email: omar@barrazalaw.com
Barraza Law PLLC
10728 16th Ave SW
Seattle, WA 98146-2001
Tel: 206-933-7861

*Attorney for Plaintiffs*

Steven Joseph Dixson
Email: sjd@witherspoonkelley.com
Michael J. Kapaun
Email: mjk@witherspoonkelley.com
Witherspoon Kelley
422 W. Riverside Ave., STE 1100
Spokane, WA 99201
Tel: 509-624-5265

*Attorneys for Defendant Bank of America, N.A.*

Douglas C. Stastny
Email: dcs@severson.com
Severson & Werson
19100 Von Karman Ave., Ste 700
Irvine, CA 92612
Tel: 949-442-7110

*Attorneys for Defendant Bank of America, N.A.*

by causing the document to be delivered by the following indicated method or methods:

☒ by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐ by e-mailing a full, true and correct copies thereof on the date set below.

☐ by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐ by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐ by sending full, true, and correct copies thereof, in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

DATED April 17, 2019.

*s/ Nellie Q. Barnard*
Nellie Q. Barnard

CERTIFICATE OF SERVICE – PAGE 1

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

#57706325_v1