Michael J. Kapaun, WSBA # 36864
Steven J. Dixson, WSBA # 38101
WITHERSPOON · KELLEY
422 West Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Telephone: (509) 624-5265
Facsimile: (509) 458-2728
mjk@witherspoonkelley.com
*Attorneys for Defendant Bank of America, N.A., a national association*

***Honorable Robert S. Lasnik***

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

LARRY PIFER and PAMELA PIFER, Husband and Wife,

Plaintiffs,

vs.

BANK OF AMERICA N.A., a national association, SPECIALIZED LOAN SERVICING LLC, a foreign corporation, SHELLPOINT, LLC a foreign corporation, and THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-8, a national association,

Defendants.

No. 2:18-cv-00606-RSL

**STIPULATION AND ORDER TO EXTEND TRIAL DATE AND RELATED DEADLINES**

## I. STIPULATION

The parties in the above-captioned action, through their attorneys of record, respectfully submit this stipulation to extend the trial date and related deadlines for good cause as stated herein. The parties request the Court extend all deadlines set forth in the Court's Minute Order Setting Trial Date and Related Dates dated August 1, 2018, for a period of 90 days to allow additional time for the parties to resolve the remaining matters pending in this action. Plaintiffs and Bank of America, N.A. have scheduled mediation for May 23, 2019, with Judge Heller of

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100 Phone: 509.624.5265
Spokane, Washington 99201-0300 Fax: 509.458.2728

Judicial Dispute Resolution. Plaintiffs and Defendants NewRez, LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgaging, Specialized Loan Servicing, LLC, and Bank of New York as Trustee for the Certifcateholders of the CWABS, INC., Asset-Backed Certificates, Series 2007-8 have discussed settlement preliminarily and are working to find a mutually convenient time to have a settlement conference shortly.

DATED this 21st day of May, 2019.

WITHERSPOON • KELLEY

s/Michael J. Kapaun
Michael J. Kapaun, WSBA No. 36864
Steven J. Dixson, WSBA No. 38101
mjk@witherspoonkelley.com
sjd@witherspoonkelley.com
422 W. Riverside Ave., Suite 1100
Spokane, WA 99201-0300
Phone: 509-624-5265

s/Douglas C. Stastny
Douglas C. Stastny, WA Bar No. 52383
dcs@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Phone (949) 442-7110
*Attorneys for Defendant Bank of America, N.A., a national association*

HOLLAND & KNIGHT LLP

s/ Nellie Q. Barnard (Electronic Approval)
David J. Elkanich, WSBA No. 35956
Nellie Q. Barnard, WSBA No. 50587
serve.dje@hklaw.com
nellie.barnard@hklaw.com
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Phone: 503-243-2300
*Attorneys for Defendants NewRez, LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgaging, Specialized Loan Servicing, LLC, and Bank of New York as Trustee for the Certifcateholders of the CWABS, INC., Asset-Backed Certificates, Series 2007-8*

BARRAZA LAW, PLLC

s/ Vicente Omar Barraza (Electronic Approval)
Vincente Omar Barraza, WSBA No. 43589
omar@barrazalaw.com
10728 16th Ave SW
Seattle, WA 98146
Phone: 206-933-7861
*Attorneys for Plaintiffs*

STIPULATION AND ORDER TO EXTEND TRIAL DATE AND RELATED DEADLINES - 2

WITHERSPOON•KELLEY

Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100 Phone: 509.624.5265
Spokane, Washington 99201-0300 Fax: 509.458.2728

**II. ORDER**

THIS MATTER came before the Court on the Parties' Stipulation, above, and the Court, having reviewed the records filed herein and being fully advised in the premises. Based upon the foregoing, the Court finds there is good cause to amend the Order Setting Civil Case Schedule.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Court's Minute Order Setting Trial Date and Related Dates entered on August 1, 2018, shall be amended as requested by parties, for at least 90 days. The Court will enter an Amended Order Setting Trial and Related Dates.

SO ORDERED this 23rd day of May, 2019.

JUDGE ROBERT S. LASNIK

Presented by:

WITHERSPOON • KELLEY

*s/Michael J. Kapaun*
Michael J. Kapaun, WSBA No. 36864
Steven J. Dixson, WSBA No. 38101
mjk@witherspoonkelley.com
sjd@witherspoonkelley.com
422 W. Riverside Ave., Suite 1100
Spokane, WA 99201-0300
Phone: 509-624-5265

*s/Douglas C. Stastny*
Douglas C. Stastny, WA Bar No. 52383
dcs@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Phone (949) 442-7110
*Attorneys for Defendant Bank of America, N.A., a national association*

