UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY PIFER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Case No. 2:18-CV-606-RSL<br><br>ORDER VACATING ORDER OF DISMISSAL |

This matter comes before the Court on the "Amended Notice of Occurrence of Alternative Dispute Resolution" ("Amended Notice") filed on May 28, 2019. Dkt. #66.

A previous "Notice of Occurrence of Alternative Dispute Resolution" was filed earlier on the same day. Dkt. #64. It stated that the parties had participated in a mediation and the case was resolved. Id. The Court accordingly entered an order of dismissal. Dkt. #65. The Amended Notice clarified that the case had been resolved as to plaintiffs and Bank of America, N.A. only. Dkt. #66; see Dkt. #67.

For the foregoing reasons, the Court hereby VACATES its order of dismissal, Dkt. #66.

DATED this 3rd day of June, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER OF DISMISSAL - 1