1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

10

LARRY PIFER and PAMELA PIFER,
Husband and Wife,

No. 2:18-cv-00606-RSL

11

Plaintiffs,

12

vs.

13

14

15

16

17

BANK OF AMERICA N.A., a national
association, SPECIALIZED LOAN
SERVICING LLC, a foreign corporation,
SHELLPOINT, LLC a foreign corporation,
and THE BANK OF NEW YORK AS
TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE CWABS,
INC., ASSET-BACKED CERTIFICATES,
SERIES 2007-8, a national association,

STIPULATION AND ORDER OF
DISMISSAL OF PLAINTIFFS' CLAIMS
AGAINST SPECIALIZED LOAN
SERVICING LLC, NEWREZ, LLC F/K/A
NEW PENN FINANCIAL, LLC D/B/A
SHELLPOINT MORTGAGE SERVICING
AND THE BANK OF NEW YORK AS
TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE CWABS
INC., ASSET-BACKED CERTIFICATES
SERIES 2007-8

18

Defendants.

19

**STIPULATION**

20

COME NOW Plaintiffs, by and through their counsel of record Vicente Omar  Barraza, and

21

Defendants Specialized Loan Servicing LLC, NewRez, LLC f/k/a New Penn Financial, LLC d/b/a

22

Shellpoint Mortgage Servicing and the Bank of New York as Trustee for the Certificateholders

23

of the CWABS Inc., Asset-Backed Certificates Series 2007-8 by and through their counsel of

24

record, Nellie Q. Barnard and hereby stipulate as follows:

25

All of Plaintiffs' claims in this litigation against Defendants Specialized Loan Servicing

26

LLC, NewRez, LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing and the

27

Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed

**HOLLAND & KNIGHT LLP**
601 SW 2nd Ave, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300

1    Certificates Series 2007-8 shall be dismissed with prejudice and without costs or fees to either

2    party.

3           DATED this 24th day of November, 2020.

4    HOLLAND & KNIGHT LLP                          BARRAZA LAW PLLC

5    By: *s/  Nellie Q. Barnard*                   By: *s/ Vicent Omar Barraza*
     Nellie Q. Barnard, WSBA No. 50587             Vicente Omar Barraza, WSBA No. 43589
6    E-mail: nellie.barnard@hklaw.com              E-mail:  omar@barrazalaw.com
     David J. Elkanich, WSBA No. 35956             10728 16th Ave SW
7    E-mail: serve.dje@hklaw.com                   Seattle, WA 98146
     Garrett S. Garfield, WSBA No. 48375
8    E-mail: serve.gsg@hklaw.com                   Tel:  206-933-7861
     601 SW Second Avenue, Suite 1800             *Attorneys for Plaintiffs*
9    Portland, OR  97204
     Telephone: 503-243-2300
10
     *Attorneys for Specialized Loan Servicing LLC,*
11   *NewRez, LLC f/k/a New Penn Financial, LLC*
     *d/b/a Shellpoint Mortgage Servicing and the*
12   *Bank of New York as Trustee for the*
     *Certificateholders of the CWABS Inc., Asset-*
13   *Backed Certificates Series 2007-8*

     Pursuant to the above Stipulation of the parties, and for good cause shown, IT IS HEREBY
14   ORDERED that all of Plaintiffs' claims in this litigation against Defendants Specialized Loan
     Servicing LLC, NewRez, LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage
15   Servicing and the Bank of New York as Trustee for the Certificateholders of the CWABS Inc.,
     Asset-Backed Certificates Series 2007-8, are hereby dismissed with prejudice and without costs.
16         Dated this 25th day of November, 2020.

17

18                          *Robert S. Lasnik*
                            Robert S. Lasnik
19                          United States District Judge

20

21

22

23

24

25

26

27

STIPULATION AND ORDER OF
DISMISSAL - 2 Case No. 18-cv-00606-RSL

HOLLAND & KNIGHT LLP
601 SW 2nd Ave, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300